# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Warren Wesley Summerlin,<br><br>Petitioner,<br><br>v.<br><br>United States District Court, et al.,<br><br>Respondents. | No. CV-15-02375-PHX-ROS<br><br>**ORDER** |

On December 13, 2016, Magistrate Judge Michelle H. Burns issued a Report and Recommendation ("R&R") recommending the amended petition for writ of habeas corpus be dismissed without prejudice. (Doc. 25.) No objections were filed.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). Where any party has filed timely objections to the R&R, the district court's review of the part objected to must be *de novo*. *Id.* If, however, no objections are filed, the district court need not conduct such a review. *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). No objections having been filed, the R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 25) is **ADOPTED** and the petition for writ of habeas corpus is **DISMISSED** without prejudice to refiling upon order of the Ninth Circuit.

**IT IS FURTHER ORDERED** a Certificate of Appealability and leave to proceed

1    in forma pauperis on appeal are **DENIED** because the dismissal of the petition is justified
2    by a plain procedural bar and jurists of reason would not find the procedural ruling
3    debatable.

       Dated this 31st day of July, 2017.

       */s/ Roslyn O. Silver*
       Honorable Roslyn O. Silver
       Senior United States District Judge